Bachittar SINGH, Petitioner,

v.

Alberto R. GONZALES,* Attorney General, Respondent.

No. 04–71716.
Agency No. A76–724–194.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.**

Decided May 16, 2005.

Pardeep Singh Grewal, Oakland, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Catherine Malinin Dunn, Department of Justice, Washington, DC, for Respondent.

Before PREGERSON, CANBY and THOMAS, Circuit Judges.

MEMORANDUM***

Bachittar Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' decision affirming an immigration judge's ("IJ") denial of his applications for asylum, withholding of removal and protection under the Convention Against Torture ("CAT"). We have

jurisdiction under 8 U.S.C. § 1252, and we deny the petition.

Singh challenges the IJ's adverse credibility determination. Because the IJ offered a specific, cogent reason for questioning Singh's credibility, and because Singh has not shown that the evidence compels a conclusion to the contrary, substantial evidence supports the IJ's adverse credibility determination. *See Malhi v. INS,* 336 F.3d 989, 993 (9th Cir.2003). Accordingly, Singh's asylum claim fails. *See id.*

Because Singh failed to establish eligibility for asylum, he also failed to satisfy the more stringent standard for withholding of removal. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003). Substantial evidence also supports the IJ's denial of relief under CAT. *See id.* at 1156–57.

**PETITION FOR REVIEW DENIED.**

Weigian XU, Petitioner,

v.

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

Alberto R. GONZALES,* Attorney
General, Respondent.

No. 04–72271.

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.**

Decided May 16, 2005.

Weigian Xu, Alhambra, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Michelle E. Gorden, Victor M. Lawrence, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: PREGERSON, CANBY, and THOMAS, Circuit Judges.

## MEMORANDUM ***

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.